Robert P. Mosier
Craig M. Collins, CPA
James J. LeSieur
**MOSIER & COMPANY, INC.**
3151 Airway Avenue, Suite A-1
Costa Mesa, California 92626
Telephone:  (714) 432-0800
Facsimile:   (714) 432-7329
rmosier@mosierco.com

Court-Appointed Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>　　　　　　　　Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING RECEIVER'S FIRST FEE APPLICATION FOR THE PERIOD ENDING 3/31/19**<br><br>DATE:　June 24, 2019<br>TIME:　1:30 p.m.<br>CTRM:　10C |

The Court having reviewed the *Receiver's First Fee Application for the Period Ending 3/31/19* (the "Application") and having found that notice of the Application was proper and that the fees and costs are appropriately allowed and authorized to be paid,

**IT IS ORDERED:**

(1)　Robert P. Mosier and his staff are allowed fees of $87,663.10 and total costs of $1,279.82 for the period from March 14, 2019, through March 31, 2019; and

(2)　The Receiver is authorized to pay the allowed fees and costs from

1  funds on hand in the receivership estates.

2        HEARING SET FOR June 24, 2019 at 1:30 p.m. is ordered VACATED.

3

4

5  DATED:  June 20, 2019

6

7  _____
   JAMES V. SELNA, United States
8     District Judge