UNITED STATES DISTRICT COURT         **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 19-00499JVS(KESx)            Date: August 14, 2020

Title: Securities and Exchange Commission v Kent R.E. Whitney, et al

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry #131 dated 1/31/2020.  Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within    days.  Make JS-6.

☐   Other:                         .

☐   Entered                         .

CV-74 (08/97)                                    Initials by Deputy Clerk    lmb