Robert P. Mosier
Craig M. Collins, CPA
James J. LeSieur
MOSIER & COMPANY, INC.
3151 Airway Avenue, Suite A-1
Costa Mesa, California 92626
Telephone:   (714) 432-0800
Facsimile:   (714) 432-7329
E-Mail:  Rmosier@Mosierco.com

Court Appointed Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING RECEIVER'S 6TH FEE APPLICATION FOR THE QUARTER ENDING 6/30/20**<br><br>DATE:   September 14, 2020<br>TIME:    1:30 p.m.<br>CTRM:   10C<br>JUDGE: Hon. James Selna |

The Court having reviewed the *Receiver's 6th Fee Application for the Quarter Ending 6/30/20* (the "Application"), which is not opposed, and having found that notice of the Application was proper and that the fees and costs are appropriately allowed and authorized to be paid,

**IT IS ORDERED:**

(1)   Robert P. Mosier and his staff are allowed fees of $48,440.00 and costs of $4,116.08 for the period from April 1, 2020, through June 30, 2020; and

(2) The Receiver is authorized to pay the allowed fees and costs from funds on hand in the receivership estates.

**The Court vacates the September 14, 2020 hearing.**

DATED: August 31, 2020

_____
JAMES V. SELNA, United States District Judge

## PROOF OF SERVICE

I AM OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THIS ACTION.  MY BUSINESS ADDRESS IS:

>MOSIER & COMPANY, INC.
>3151 AIRWAY AVENUE, SUITE A-1, COSTA MESA CA 92626
>TELEPHONE NO. (714) 432-0800; FACSIMILE NO. (714) 432-7329

ON 8/14/2020, I SERVED TRUE COPIES OF THE FOLLOWING DOCUMENT(S) ENTITLED

**[PROPOSED] ORDER GRANTING RECEIVER'S 6TH FEE APPLICATION FOR THE QUARTER ENDING 6-30-19.**

ON ALL THE PARTIES TO THIS ACTION ADDRESSED AS STATED ON THE ATTACHED SERVICE LIST:

☒ **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) -** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On 8/14/20, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

☒ **(BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Mosier & Company, Inc. for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

☐ **(BY E-MAIL).**  By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement.  Attached to the declaration is a copy of the e-mail transmission.

☐ **(BY FACSIMILE).**  I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.  Attached to this declaration is a "Confirmation Report" confirming the status of transmission.  Executed on xx/xx/xx, at Costa Mesa, California.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 14, 2020                                      *Kristina Godinez*
                                                          Kristina Godinez

**SERVICE LIST**

**VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Kyra E Andrassy** kandrassy@swelawfirm.com, jchung@swelawfirm.com, lgarrett@swelawfirm.com, gcruz@swelawfirm.com

- **Michael Lewis Simon**  msimon@swelawfirm.com

- **Lynn M Dean** deanl@sec.gov, LAROFiling@sec.gov, longoa@sec.gov, himesm@sec.gov, irwinma@sec.gov, hillan@sec.gov

- **William H Forman** wforman@scheperkim.com, rramirez@scheperkim.com, mlievsay@scheperkim.com, cgonzalez@scheperkim.com

- **Stanley L Friedman**  friedman@friedmanlaw.org

- **John P Kreis**  jkreis@kreislaw.com, j.kreis@ca.rr.com

- **Eliot F Krieger**  ekrieger@sktlawyers.com, alucero@sktlawyers.com

- **Robert P Mosier**  rmosier@mosierco.com

- **Jennifer D Reece**  reecej@sec.gov, stewartan@sec.gov, minnickd@sec.gov, justicet@sec.gov, fairchildr@sec.gov,

- **Stanley C Morris**  scm@cormorllp.com; 1903134420@filings.docketbird.com; 5564279420@filings.docketbird.com

- **Bradon Scott Reif**  breif@reiflawgroup.com, docketRLG@ecf.courtdrive.com, docket@reiflawgroup.com

- **Jeffrey L Steinfeld**  jsteinfeld@scheperkim.com, rramirez@scheperkim.com

- **Christopher Lih-Wei Wong**  cwong@skt.law, alucero@skt.law

**By U.S. Mail:**
- Kenneth P. White
  Brown White & Osborn LLP
  333 S. Hope Street, Suite 4000
  Los Angeles, California 91214
  Attorney for Kent Whitney

- Luke T Ho
  1212 Heritage Way
  Covina CA 91724

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Huong Ngoc Nguyen
  893 Roberts Pl
  San Jose, CA 95122