# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING SIXTH INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF SMILEY WANG-EKVALL, GENERAL COUNSEL TO THE RECEIVER**<br><br>DATE: September 14, 2020<br>TIME: 1:30 p.m.<br>CTRM: 10C<br>JUDGE: Hon. James Selna |

The Court having reviewed the *Sixth Interim Application for Approval of Fees and Costs of Smiley Wang-Ekvall, LLP, General Counsel to the Receiver* (the "Application") and having found that the fees and costs sought therein are appropriately allowed,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Application is granted and the Firm is allowed $14,299.65 in fees and $8,989.27 in expenses on an interim basis for the period April 1, 2020, through June 30, 2020; and

2834312.1                                                                                                                    ORDER

2. Robert P. Mosier, the receiver, is authorized to pay 80% of the allowed fees and 100% of the allowed expenses from available funds in the receivership estates with payment of the amount held back to be permitted at a later date.

DATED: September 01, 2020

_____
JAMES V. SELNA, United States District Judge