# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>    Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING RECEIVER'S 7TH FEE APPLICATION FOR THE THIRD QUARTER ENDING 9/30/20**<br><br>DATE:  December 21, 2020<br>TIME:  1:30 p.m.<br>CTRM:  10C |

    The Court having reviewed the *Receiver's 7th Fee Application for the Third Quarter Ending 9/30/20* (the "Application") and having found that notice of the Application was proper and that the fees and costs are appropriately allowed and authorized to be paid,

    **IT IS ORDERED:**

    (1)    Robert P. Mosier and his staff are allowed fees of $56,474.80 and costs of $892.26 for the period from July 1, 2020, through September 30, 2020;

    (2)    The Receiver is authorized to pay the allowed fees and costs from funds on hand in the receivership estates; and

(3) Appearances at the December 21, 2020, hearing on the Application are excused.

DATED: November 30, 2020

_____
JAMES V. SELNA, United States District Judge