**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Counsel for Robert P. Mosier, Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>KENT R.E. WHITNEY, *et al.*,<br><br>                    Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER, ROBERT P. MOSIER, FOR ORDER AUTHORIZING THE RECEIVER TO MAKE AN INTERIM DISTRIBUTION FROM THE RES OF THE CONSTRUCTIVE TRUST TO NON-INSIDER INVESTORS WHO TIMELY FILED CLAIMS WITH THE RECEIVER, USING THE RISING TIDE METHODOLOGY; DECLARATIONS OF ROBERT P. MOSIER AND JIM LESIEUR IN SUPPORT THEREOF**<br><br>[Memorandum of Points and Authorities and Supporting Declarations Submitted Concurrently Herewith]<br><br>DATE:  March 8, 2021<br>TIME:   1:30 p.m.<br>CTRM:  10C<br>JUDGE:  Hon. James V. Selna |

**TO THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE, ALL PARTIES AND THEIR COUNSEL OF RECORD, ALL INVESTORS IN THE CHURCH FOR THE HEALTHY SELF AND ICARE FINANCIAL SOLUTION, INC., AND ALL CREDITORS OF THE PARTIES IN RECEIVERSHIP**:

**PLEASE TAKE NOTICE** that on March 8, 2021, at 1:30 p.m., a hearing is scheduled on the motion (the "Motion") of Robert P. Mosier, the Court-appointed permanent Receiver for The Church for the Healthy Self aka CHS Trust, CHS Asset Management, Inc., iCare Financial Solution, Inc. (together, the "Receivership Entities"), Kent R.E. Whitney, David Lee Parrish, and Ha Ngoc T. Nguyen, for authority to make an interim distribution to non-insider investors who timely filed claims and whose claims are not disputed.  The proposed distribution will cause all non-insider investors with allowed claims to have received 22% of their original investment back.  In the Motion, the Receiver also seeks an order:  (1) approving the pooling of the present and future assets of the receivership estates for the purpose of making distributions to investors; (2) clarifying for avoidance of doubt that the *res* of the constructive trust is to be used only to make distributions to investors of the Receivership Entities and for the costs of administration of the receivership estates; (3) approving the consolidation of multiple accounts held for the benefit of a single investor; and (4) approving the use of the rising tide methodology in making distributions.

The Motion is made pursuant to section II of the *Amended Order Appointing Receiver* [Docket No. 85], the general principles of the law governing federal equity receiverships, Federal Rule of Civil Procedure 66, and Local Civil Rule 66.  The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the declarations of Robert P. Mosier and Jim LeSieur in support thereof.  The

Memorandum and the declarations are posted on the Receiver's website for this case[1] or available by contacting counsel for the Receiver.

**PLEASE TAKE FURTHER NOTICE** that because of the pandemic, the Court is vacating all hearings and will instead post a tentative ruling in the afternoon of the day prior to the hearing. A party may file a request for hearing of no more than five pages by 5:00 p.m. the day after the scheduled hearing stating why oral argument is necessary. If no request is submitted, the matter will be deemed submitted on the papers and the tentative ruling will become the order of the Court. If the request is granted, the Court will advise the parties when and how the hearing will be conducted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7-9, each opposing party shall, not later than twenty-one (21) days before the date scheduled for the hearing, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the Motion and a brief but complete memorandum which contains a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that the party will not oppose the Motion. Evidence presented in all opposing papers shall comply with the requirements of Local Rules 7-6, 7-7 and 7-8. The address for the Clerk of the Court is as follows: U.S. District Court, Central District of California, Southern Division, 411 West 4th St., Room 1053, Santa Ana, CA 92701-4516. If you fail to file and serve a written opposition by the above date, the Court may grant the requested

/ / /
/ / /
/ / /

---

[1] www.donlinerecano.com/Clients/mosier/Index

relief without further notice.

Respectfully submitted,

DATED: February 5, 2021          SMILEY WANG-EKVALL, LLP


By:      /s/ Kyra E. Andrassy
         Kyra E. Andrassy
         Counsel for Robert P. Mosier, Receiver

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **2/5/2021**, I served true copies of the following document(s) described as

**NOTICE OF MOTION AND MOTION OF RECEIVER, ROBERT P. MOSIER, FOR ORDER AUTHORIZING THE RECEIVER TO MAKE AN INTERIM DISTRIBUTION FROM THE RES OF THE CONSTRUCTIVE TRUST TO NON-INSIDER INVESTORS WHO TIMELY FILED CLAIMS WITH THE RECEIVER, USING THE RISING TIDE METHODOLOGY; DECLARATIONS OF ROBERT P. MOSIER AND JIM LESIEUR IN SUPPORT THEREOF**

on the interested parties in this action as follows:

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **2/5/2021**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2021, at Costa Mesa, California.

                                          /s/ *Lynnette Garrett*
                                          Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

## SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Kyra E Andrassy**
  kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

- **Lynn M Dean**
  deanl@sec.gov,LAROFiling@sec.gov,longoa@sec.gov,irwinma@sec.gov

- **William H Forman**
  wforman@scheperkim.com,rramirez@scheperkim.com,cspears@scheperkim.com

- **Stanley L Friedman**
  friedman@friedmanlaw.org

- **John P Kreis**
  jkreis@kreislaw.com,j.kreis@ca.rr.com

- **Eliot F Krieger**
  ekrieger@skt.law

- **Stanley C Morris**
  scm@cormorllp.com,1903134420@filings.docketbird.com,5564279420@filings.docketbird.com

- **Robert P Mosier**
  rmosier@mosierco.com

- **Jennifer D Reece**
  reecej@sec.gov,stewartan@sec.gov,minnickd@sec.gov,justicet@sec.gov,fairchildr@sec.gov

- **Brandon Scott Reif**
  breif@reiflawgroup.com,docketRLG@ecf.courtdrive.com,docket@reiflawgroup.com

- **Michael Lewis Simon**
  msimon@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

- **Jeffrey L Steinfeld**
  jsteinfeld@scheperkim.com,rramirez@scheperkim.com

**BY U.S. MAIL:**

**Luke T. Ho**

1212 Heritage Way

Covina, CA 91724

BY U.S. MAIL (Continued):

| | | |
|---|---|---|
| American Express Company<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | American Express Company<br>Attention:  Corporate Officer<br>200 Vesey Street<br>New York, NY 10285 | Bank of America, N.A.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Bank of America, N.A.<br>Attention:  Corporate Officer<br>100 North Tryon Street<br>Charlotte, NC 28255 | Capital One Bank (USA), N.A.<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Capital One Bank (USA), N.A.<br>Attention:  Corporate Officer<br>1680 Capital One Drive<br>McLean, VA 22102-3491 |
| Merrick Bank Corporation<br>c/o CT Corporation System<br>1108 E. South Union Avenue<br>Midvale, UT 84047 | Merrick Bank Corporation<br>Attention:  Corporate Officer<br>10705 S. Jordan Gateway #200<br>South Jordan, UT 84095 | JPMorgan Chase Bank, N.A.<br>c/o CT Corporation<br>818 Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| JP Morgan Chase Bank, N.A.<br>Attention:  Corporate Officer<br>1111 Polaris Parkway<br>Columbus, OH 43240 | Barclays Bank<br>Attention:  Corporate Officer<br>125 S. West Street<br>Wilmington, DE 19801 | Credit One Bank, N.A.<br>Attention:  Corporate Officer<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113 |
| First Premier Bank<br>c/o Agent for Service<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4824 | First Premier Bank<br>Attention: Corporate Officer<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4824 | Discover Financial Services<br>c/o CT Corporation System<br>208 So. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| Discover Financial Services<br>Attention:  Corporate Officer<br>2500 Lake Cook Road<br>Riverwoods, IL 60015 | First Savings Bank<br>Attention:  Corporate Officer<br>201 North Third Street<br>Beresford, SD 57004 | Bryant State Bank<br>Attention:  Corporate Officer<br>124 West Main Street<br>Bryant, SD 57221 |
| Mid America Bank<br>c/o Agent for Service<br>802 Ames<br>Baldwin City, KS 66006 | Mid America Bank<br>Attention:  Corporate Officer<br>P.O. Box 4<br>802 Ames<br>Baldwin City, KS 66006 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720, MS:A-260<br>Rancho Cordova, CA 95741-1720 |

2816773.1

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | The Bancorp Bank<br>Attn: Legal Service of Process Team<br>409 Silverside Road<br>Wilmington, DE 19809 | Pinnacle Marketing Group<br>Attn: President<br>17155 Gillette Avenue<br>Irvine, CA 92614 |
| Lakeview Loan Servicing, LLC<br>Attn: Manager<br>4425 Ponce De Leon Blvd., MS5251<br>Coral Gables, FL 33146 | Troutman Sanders<br>Attn.: Michael Lacy, counsel for Lakeview Loan Servicing, LLC<br>1001 Haxall Point, 15th Floor<br>Richmond, VA 23219 | Texas Comptroller of Public Accounts<br>Franchise Tax Section<br>P.O. Box 149348<br>Austin, TX 78714-9348 |
| AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 | CITY OF WESTMINSTER- BUSINESS LICENSE<br>8200 WESTMINSTER BLVD.<br>WESTMINSTER, CA 92683 | LHQ RADIO / LE'VANA QUEEN<br>7766 WESTMINSTER BLVD.<br>WESTMINSTER, CA 92683 |
| IBC TV<br>14452 CHESTNUT STREET<br>WESTMINSTER, CA 92683 | KVMD TV, LLC<br>2323 CORINTH AVENUE<br>WEST LOS ANGELES, CA 90064 | QUALITY ADVERTISING<br>12864 MAXWELL DRIVE<br>TUSTIN, CA 92782 |
| LIVE365<br>950 TOWER LANE, SUITE 1550<br>FOSTER CITY, CA 94404 | MERIDIAN BUSINESS CENTERS<br>555 REPUBLIC DRIVE, SUITE 200<br>PLANO, TX 75074 | TEXAS COMPTROLLER OF PUBLIC AFFAIRS<br>FRANCHISE TAX SECTION<br>PO BOX 149348<br>AUSTIN, TX 78714-9348 |
| QUARTZ HILL LLC<br>11704 WILSHIRE BLVD., SUITE 202<br>LOS ANGELES, CA 90025 | SOUTHERN CALIFORNIA EDISON<br>P.O. BOX 300<br>ROSEMEAD, CA 91772-0001 | T-MOBILE<br>PO BOX 790047<br>ST. LOUIS, MO 63179-0047 |
| THE DEGRASSE LAW FIRM, P.C.<br>1800 BERING SUITE 1000<br>HOUSTON, TX 77057 | TIME WARNER CABLE<br>PO BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074 | VIETFACE TV<br>16155 BROOKHURST STREET<br>FOUNTAIN VALLEY, CA 92708 |
| TRIDER REAL ESTATE<br>21 VIA PALLADIO<br>NEWPORT BEACH, CA 92657 | VCAL TV/LE'VANA QUEEN, INC. | VSTAR TV<br>9393 BOLSA , SUITE D<br>WESTMINSTER, CA 92683 |

| | 7766 WESTMINSTER BLVD. WESTMINSTER, CA 92683 | |
|---|---|---|
| VILLAS FASHION ISLAND 1000 SAN JOAQUIN PLAZA NEWPORT BEACH, CA 92660 | VNCR 16047 BROOKHURST STREET FOUNTAIN VALLEY, CA 92708 | ACS PO BOX 7051 UTICA, NY 13504-7051 |
| ACAPITA EDUCATION FINANCE CORP PO BOX 1308 WACO, TX 76703-1308 | ACURA FINANCIAL SERVICES P.O. BOX 5025 SAN RAMON, CA 94583-0925 | AMERICAN EQUITY INVESTMENT LIFE INS CO 6000 WESTOWN PARKWAY WEST DES MOINES, IA 50266 |
| ALLIANZ LIFE INSURANCE CO OF NO AMERICA 5701 GOLDEN HILLS DRIVE MINNEAPOLIS MN 55416 | ALLIED TRUSTEE SERVICES 990 RESERVE DRIVE, SUITE 208 ROSEVILLE, CA 95678 | ANTHEM BLUE CROSS PO BOX 51011 LOS ANGELES, CA 90051-5311 |
| AMERICAN GENERAL LIFE & ACCIDENT INS PO BOX 305355 NASHVILLE, TN 37250 | ANTHEM BLUE CROSS PO BOX 659960 SAN ANTONIO, TX 78265-9146 | BANK OF AMERICA PO BOX 37176 SAN FRANCISCO CA 94137-0176 |
| AT&T PO BOX 5014 CAROL STREAM, IL 60197-5014 | BANK OF AMERICA P.O. BOX 15284 WILMINGTON DE 19850 | BLOOMINGDALES PO BOX 9001108 LOUISVILLE KY 40290-1108 |
| BANK OF AMERICA N.A. PO BOX 5170 SIMI VALLEY CA 93062-5170 | BANK OF AMERICA N.A. PO BOX 15796 WILMINGTON DE 19886-5796 | CALI TODAY 1460 TULLY RD, SUITE 601 SAN JOSE CA 95122 |
| BLUE SHIELD CALIFORNIA 601 POTRERO GRANDE DRIVE MONTEREY PARK CA  91755 | BROWN & BROWN PROGRAM INS SERV INC. DBA CAL SURANCE PO Box 7048 ORANGE CA 92863 | CITIZENS CHOICE HEALTHPLAN HMO 8425 BRENTWOOD BLVD. BRENTWOOD  CA 94513 |
| CARE TRUST NETWORKS PO BOX 192525 SAN FRANCISCO CA 94119-2525 | CHASE PO BOX 6294 CAROL STREAM IL 60197-6294 | CITY OF SAN JOSE, BUSINESS TAX & REG. PERMIT DEPT. PO Box 39000 SAN FRANCISCO CA 94139-0001 |

| | | |
|---|---|---|
| CITY OF HOUSTON<br>PO BOX 1560<br>HOUSTON TX 77251 | CITY OF SAN JOSE<br>PO BOX 398242<br>SAN FRANCISCO CA 94139-8242 | COLLECTION BUREAU OF AMERICA<br>25954 EDEN LANDING ROAD<br>HAYWARD, CA 94545-3816 |
| CITY OF SAN JOSE - PARKNG VIOLATIONS<br>PO BOX 11023<br>SAN JOSE CA 95103 | COAST PERSONNEL SERVICES, INC.<br>2295 DE LA CRUZ BLVD.<br>SANTA CLARA CA 95050 | DEPARTMENT OF TAX COLLECTIONS<br>PO BOX 60534<br>CITY OF INDUSTRY CA 91716-0534 |
| COUNTY OF SANTA CLARA TAX COLLECTOR'S OFFICE<br>70 W. HEDDING STREET<br>East Wing 6th Floor<br>SAN JOSE CA 95110 | DEPARTMENT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 | FARMERS INSRUANCE<br>2459 ALVIN AVE<br>SAN JOSE CA 95121 |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE   OGDEN UT   84201-0038 | DIOCESE OF SAN JOSE<br>1150 NORTH FIRST STREET, Suite 100<br>SAN JOSE CA 95112-4966 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO CA 94257-0511 |
| FARMERS INSURANCE GROUP<br>4680 WILSHIRE BLVD.<br>LOS ANGELES CA 90010 | FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO CA 94240-0001 | GREGORY HUAN PHAN, M.D.<br>20269 STEVEN CREEK BLVD.<br>CUPERTINO CA 95014 |
| GENWORTH LIFE<br>PO BOX 10720<br>LYNCHBURG VA 24506-0720 | GOOD START GENETICS<br>PO BOX 416658<br>BOSTON MA 02241-6658 | IRONBEAM, INC.<br>141 W. JACKSON BLVD, SUITE #2600<br>CHICAGO IL 60604 |
| HOUSTON HOUSING AUTHORITY<br>PO BOX 2561<br>HOUSTON TX 77252-2561 | IN LANGUAGE RADIO<br>PO BOX 318100<br>SAN FRANCISCO CA 94131 | LAB CORPORATION<br>PO BOX 2240<br>BURLINGTON NC 27216-2240 |
| JMAC LENDING<br>PO BOX 60509<br>CITY OF INDUSTRY CA 91716-0509 | KVVN-AM 1430, ATTN: ACCOUNTING DEPT.<br>55 Hawthorne St., Ste. 900<br>SAN FRANCISCO CA 94105 | MARAJO<br>25892 TOWNE CENTRE DR<br>FOOTHILL RANCH CA 92610-3437 |

2816773.1

4

| | | |
|---|---|---|
| MACY'S<br>PO BOX 689195<br>DES MOINES IA 50368-9195 | MAI TRAVEL & TOURS<br>2114 SENTER RD., SUITE 12<br>SAN JOSE CA 95112 | NATIONAL FUTURES ASSOCIATION  300 SOUTH RIVERSIDE PLAZA, Suite 1800<br>CHICAGO IL 60606 |
| MERIWEST CREDIT UNION<br>P.O. BOX 530953<br>SAN JOSE CA 95153-5353 | MIDLAND NATIONAL LIFE INS CO<br>PO BOX 79907<br>DES MOINES IA 50325-0907 | NATIONAL WESTERN LIFE INSURANCE CO<br>850 EAST ANDERSON LANE<br>AUSTIN TX 78752-1602 |
| NATIONAL LIFE INSURANCE COMPANY<br>ONE NATIONAL LIFE DRIVE<br>MONTPELIER VT 5604 | NATIONAL INSURANCE PRODUCER REGISTRY  1100 WALNUT STREET, SUITE 1500<br>KANSAS CITY MO 64106 | ON TIME REALTY<br>999 STORY RD., 9027<br>SAN JOSE CA 95122 |
| NATIONWIDE RECOVERY SYSTEMS<br>PO BOX 702257<br>DALLAS TX 75370-2257 | NORTH AMERICAN CO FOR LIFE & HEALTH INS<br>ONE SAMMONS PLAZA<br>SIOUX FALLS SD 57193 | PHAROS CONSULTING SERVICES<br>3501 THOMAS RD, SUITE #3<br>SANTA CLARA  CA 95054 |
| PACIFIC GAS & ELECTRIC COMPANY<br>77 BEALE STREET<br>SAN FRANCISCO CA 94105 | PG&E<br>BOX 997300<br>SACRAMENTO  CA 95899-7300 | RAYMOND JAMES CORP & EXEC SERVICES<br>880 CARILLON PARKWAY ST. PETERSBURG   FL 33716 |
| PHU NU CALI<br>PO BOX 610205<br>SAN JOSE CA 95161 | QUEST DIAGNOSTICS<br>PO BOX 7306<br>HOLLISTER MO 65673-7306 | REVENUE RECOVERY INC.<br>43920 MARGARITA RD., STE F<br>TEMECULA CA 92592-2736 |
| REGAL OAKS COMMUNITY ASSOCIATION  C/O STERLING ASSOCIATION SERVICES, INC.,<br>PO Box 38113<br>HOUSTON TX 77238-8113 | RELIANT<br>PO BOX 650475<br>DALLAS TX 75265-0475 | SCANDINAVIAN DESIGNS<br>317 SOUTH B STREET<br>SAN MATEO CA 94401 |
| SAFECO INSURANCE<br>PO BOX 515097<br>LOS ANGELES  CA 90051 | SAN LEANDRO POLICE DEPARTMENT TRAFFIC ENFORCEMENT OFFICE<br>PO Box 42034<br>PHOENIX AZ 85080 | SUMMERTON CONDOMINIUM ASSOCIATION, C/O ACCESS ASSOCIATION SERVICES, INC.<br>16264 Church St., Suite 102<br>MORGAN HILL  CA 95037 |

| | | |
|---|---|---|
| SMITH-ANDERSON WINE GROUP<br>1004 CLINTON STREET<br>NAPA CA 94559 | SONG VIET<br>3019 SENTER RD<br>SAN JOSE CA 95111 | T-MOBILE - MOBILEONE LLC - 2138<br>2200 EASTRIDGE LOOP, STE 5534<br>SAN JOSE CA 95122-1410 |
| SUNRISE CREDIT SERVICES, INC.<br>P.O. BOX 9100<br>FARMINGDALE NY 11735-9100 | SYNCHRONY BANK/AMAZON<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | USA TOUCH UP AUTO BODY INC.<br>818 NORTH 10TH STREET<br>SAN JOSE CA 95112 |
| T-MOBILE<br>PO BOX 51843<br>LOS ANGELES CA 90051-6173 | UNITED STATES POSTAL SERVICE<br>3775 INDUSTRIAL BLVD WEST SACRAMENTO CA 95799-0100 | VIET MULTIMEDIA, LLC<br>980 S. SECOND STREET<br>SAN JOSE CA 95112 |
| US BANK<br>PO BOX 790408<br>ST. LOUIS MO 63179-0408 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS TX 75266-0108 | VS REALTY & LOANS, INC.<br>2114 SENTER ROAD, SUITE 11<br>SAN JOSE CA 95112 |
| VIETNAM PRINTING<br>1261 EAST SANTA CLARA ST<br>SANTA CLARA CA 95116 | VIETODAY TELEVISION<br>2330 S. 10TH STREET<br>SAN JOSE CA 95112 | WELLS FARGO BANK N.A.<br>PO BOX 3908 114<br>PORTLAND OR 97208-0000 |
| WELLS FARGO BANK<br>P.O. BOX 29779<br>PHOENIX AZ 85038 | WELLS FARGO BANK N.A.<br>PO BOX 6995<br>PORTLAND OR 97228-6995 | ZOUVES FERTILITY CENTER<br>1241 E. HILLSDALE BLVD., STE 100<br>FOSTER CITY CA 94404 |
| WELLS FARGO VISA<br>PO BOX 10347<br>DES MOINES IA 50306-0347 | YELLOW PAGES ONLINE SERVICES<br>P.O. BOX 630188<br>IRVING TX 75063 | COUNTY OF ORANGE<br>ATTN: TREASURER – TAX COLLECTOR<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 |
| STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT<br>P.O. BOX 826880 | EXECUTIVE DIRECTOR<br>STATE BOARD OF EQUALIZATION<br>450 N. ST., MIC:73 | TIA M. CAREY<br>SOUTHSIDE WINDOW CLEANING & JANITORIAL<br>736 W. LAMARK DR.<br>ANAHEIM, CA 92807 |

| | | |
|---|---|---|
| SACRAMENTO, CA 94280-0001 | SACRAMENTO, CA 95814-0073 | |
| COMPLETE DISCOVER SOURCE, INC.<br>250 PARK AVE., 18TH FLOOR<br>NEW YORK, NY 10177 | NICHOLAS SAPP<br>5051 ALTON PKWY, APT. 227<br>IRVINE, CA 92604 | SCHEEF & STONE, LLP<br>500 N. AKARD ST., #2700<br>DALLAS, TX 75201 |
| SO. CALIFORNIA SECURITY CENTERS INC.<br>16711 PARKSIDE AVE.<br>CERRITOS, CA 90703 | AEGIS SECURITY INSURANCE COMPANY<br>PO BOX 889004<br>SAN DIEGO, CA 92168-9004 | BEST CONNECTION INSURANCE AGENCY<br>3280 EL CAMINO REAL<br>SANTA CLARA, CA 95051-2820 |
| BOB BADER COMPANY INSURANCE AGENCY<br>8425 WOODFIELD CROSSING BLVD., SUITE 200<br>INDIANAPOLIS, IN 46240 | PACIFIC GAS AND ELECTRIC COMPANY<br>P.O. BOX 8329<br>STOCKTON, CA 95208 | USO<br>P.O. BOX 799060<br>DALLAS, TX 75379-9060 |