# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>     Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING NINTH INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF SMILEY WANG-EKVALL, GENERAL COUNSEL TO THE RECEIVER, AND REQUEST FOR PAYMENT OF AMOUNTS HELD BACK FROM PRIOR APPLICATIONS**<br><br>DATE: June 21, 2021<br>TIME: 1:30 p.m.<br>CTRM: 10C |

The Court having reviewed the *Ninth Interim Application for Approval of Fees and Costs of Smiley Wang-Ekvall, LLP, General Counsel to the Receiver, and Request for Payment of Amounts Held Bank from Prior Applications* (the "Application") and having found that notice of the Application was proper and that the fees and costs are appropriately allowed and authorized to be paid,

  **IT IS ORDERED:**

(1) Smiley Wang-Ekvall, LLP is allowed $20,414.70 in fees and $9,844.78 in expenses on an interim basis for the period from January 1, 2021, through March 31, 2021; and

2. The Receiver is authorized to use funds on hand in the Receivership Estate to pay the foregoing allowed fees and expenses and the $73,924.02 held back from prior applications.

DATED: June 01, 2021

_____
JAMES V. SELNA, United States District Judge