# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>KENT R.E. WHITNEY, DAVID LEE PARRISH, THE CHURCH FOR THE HEALTHY SELF A/K/A CHS TRUST, AND CHS ASSET MANAGEMENT, INC.,<br><br>                Defendants. | Case No. 8:19-CV-499-JVS-KES<br><br>**ORDER GRANTING TENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF SMILEY WANG-EKVALL, GENERAL COUNSEL TO THE RECEIVER**<br><br>DATE:   September 27, 2021<br>TIME:   1:30 p.m.<br>CTRM:  10C |

    The Court having reviewed the *Tenth Interim Application for Approval of Fees and Costs of Smiley Wang-Ekvall, LLP, General Counsel to the Receiver* (the "Application") and having found that notice of the Application was proper and that the fees and costs are appropriately allowed and authorized to be paid, and the Application being unopposed,

    **IT IS ORDERED:**

    (1)    Smiley Wang-Ekvall, LLP is allowed $12,598.20 in fees and $6,570.72 in expenses on an interim basis for the period from April 1, 2021, through June 30, 2021; and

2. The Receiver is authorized to use funds on hand in the Receivership Estate to pay these allowed fees and expenses.

Hearing set for September 27, 2021 is ordered VACATED.

DATED: 9/15/21

_____
JAMES V. SELNA, United States District Judge