**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Counsel for Robert P. Mosier,
Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

    v.

KENT R.E. WHITNEY, *et al.*,

                   Defendants.
and

HA T. "KELLY" HOANG, *et al.*,

           Relief Defendants.

Case No. 8:19-CV-499-JVS-KES

**THIRTEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF SMILEY WANG-EKVALL, GENERAL COUNSEL TO THE RECEIVER**

**DATE:** **July 11, 2022**
**TIME:** **1:30 p.m.**
**CTRM:** **10C**
**JUDGE: Hon. James V. Selna**

**TO THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE, AND THE PARTIES TO THIS ACTION:**

      Smiley Wang-Ekvall, LLP (the "Firm"), general counsel to Robert P. Mosier, the permanent receiver (the "Receiver") appointed by the Court with respect to Kent R.E. Whitney ("Whitney"), David Lee Parrish ("Parrish"), The Church for the Healthy Self aka CHS Trust ("CHS"), CHS Asset Management, Inc. ("CAM"), Ngoc Ha Nguyen ("Ha Nguyen") and iCare Financial Solution, Inc. ("iCare") (together, the "Receivership Defendants"),

submits its thirteenth interim fee application for the period from January 1, 2022, through March 31, 2022 (the "Application Period"), as required by the *Order Appointing Receiver* (the "Receiver Order").  Through this application, the Firm seeks interim approval of $6,686.55 in fees and $3,238.93 in expenses, and an order authorizing the Receiver to pay the fees and costs on an interim basis.  The Firm shared this application with the Securities and Exchange Commission ("SEC") prior to its filing with the Court and is informed that the SEC has no objection to the relief sought by the Firm.

## I.  **INTRODUCTION**

This equity receivership involves an investment fraud perpetrated by the Receivership Defendants that was the subject of a complaint filed by the SEC in March 2019 that initially named Whitney, Parrish, CHS, and CAM as defendants.  The Court appointed the Receiver on a permanent basis with respect to those defendants on March 14, 2019, the same day that it entered a temporary restraining order and asset freeze order.  In September 2019, the SEC filed an amended complaint that added a number of defendants, including Ha Nguyen and iCare, and the Court granted the SEC's request to expand the scope of the earlier receivership and asset freeze orders to include Ha Nguyen and iCare.

Since the Receiver's appointment, the Firm has worked closely with the Receiver to identify and collect assets, to review the books and records in order to identify additional assets and potential litigation targets, and to make an interim distribution to certain investors.  After making interim distributions, the Receiver is holding approximately $1,219,625, which includes a reserve of $345,849 for potential distributions to disputed insider claims.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 ● Fax 714 445-1002

During the Application Period, the Firm returned title to a residence that had been transferred to CHS as part of its fraud and prepared a motion for entry of default judgment in a fraudulent transfer action related to a home previously owned by Ha Nguyen.  The Court recently granted that motion. The Firm also continues its contingency fee work related to pursuing clawback claims in this case, but those fees are not part of this Application. The breakdown of the fees is as follows:

| Category | Hours | Amount |
|---|---|---|
| Asset Disposition | 0.70 | $368.55 |
| Case Administration/General Receivership | 2.20 | $1,105.65 |
| Claims Administration | 0.30 | $157.95 |
| Litigation | 9.60 | $5,054.40 |
| Fee Applications | 1.10 | $0.00 |
| Total Fees | 13.90 | $6,686.55 |

The Firm is seeking approval of $6,686.55 in fees and $3,238.93 in costs and payment of 100% of the allowed fees and 100% of the allowed costs from available funds.

## II.   <u>PRIOR AWARDS</u>

By order entered on June 21, 2019, the Court previously allowed the Firm $63,153.00 in fees and $2,117.13 in costs for the period from March 14, 2019, through March 31, 2019 and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on October 2, 2019, the Court allowed the Firm $82,943.55 in fees and $3,061.72 in expenses for the period from April 1, 2019, through June 30, 2019, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on December 6, 2019, the Court allowed the Firm $45,346.05 in fees and $8,819.81 in expenses for the period from July 1,

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2019 through September 30, 2019, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on March 19, 2020, the Court allowed the Firm $53,326.35 in fees and $7,207.61 in costs for the period from October 1, 2019 through December 31, 2019, and authorized the payment of 80% of fees and 100% of the costs.

By order entered on June 5, 2020, the Court allowed the Firm $44,627.40 in fees and $8,424.33 in costs for the period from January 1, 2020, through March 31, 2020, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on September 1, 2020, the Court allowed the Firm $14,299.65 in fees and $8,989.27 in costs for the period from April 1, 2020, through June 30, 2020, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on November 20, 2020, the Court allowed the Firm $42,830.55 in fees and $4,003.07 in costs for the period from July 1, 2020, through September 30, 2020, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on February 23, 2021, the Court allowed the Firm $23,093.55 in fees and $4,029.37 in costs for the period from October 1, 2020, through December 31, 2020, and authorized the payment of 80% of the fees and 100% of the costs.

By order entered on June 1, 2021, the Court allowed the Firm $20,414.70 in fees and $9,844.78 in costs and authorized their payment.  At the Firm's request and because of the status of the case, the Court granted the Firm's request to authorize payment of $73,924.02 in fees held back from prior fee applications.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

By order entered on September 15, 2021, the Court allowed the Firm $12,598.20 in fees and $6,570.72 in expenses for the period from April 1, 2021, through June 30, 2021.

By order entered on November 22, 2021, the Court allowed the Firm $5,095.35 in fees and $3,882.54 in expenses for the period from July 1, 2021, through September 30, 2021.

Last, by order entered on March 2, 2022, the Court allowed the Firm $521.55 in fees and $3,671.38 in expenses for the period from October 1, 2021, through December 31, 2021.

## III.   **CASE NARRATIVE**

During the first application period, the immediate focus of the Receiver was on gaining control of Whitney's and Parrish's residences and the business locations of CHS and CAM, identifying bank accounts, and obtaining documents and turnover of funds.  During the second and third application periods, these efforts continued.  The Firm assisted the Receiver by obtaining documents from financial institutions and other parties, notifying former employees of the receivership and their obligations under the Receiver Order, reviewing records produced by financial institutions to identify other potential assets, and attending depositions of witnesses. Because none of the Receivership Defendants and most of the former key employees have not cooperated, the Firm expended a significant amount of effort during the third application period tracing funds and identifying potential litigation targets.  Because Ha Nguyen transferred title to two properties she owned just weeks before being added as a receivership defendant, the Firm also prepared two complaints to avoid and recover those transfers as fraudulent transfers.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

During the fourth application period, the Firm worked with the Receiver to develop a claims procedure and to determine the most equitable manner of making distributions so that the proper information is collected on the claim forms.  The Firm continued its efforts to identify the potential defendants in fraudulent transfer and clawback actions and provided information to potential counsel who are analyzing potential claims against certain financial institutions.  The Firm also continued to attempt to locate and collect assets belonging to the Receivership Defendants, including a settlement of some claims held by Parrish against third parties.

During the fifth application period, the Receiver and the Firm obtained approval of the proposed claims procedure.  They also obtained an order determining that two accounts in the name of a company owned by Ha Nguyen were property of her receivership estate and collected that money.

During the sixth application period, the Firm continued to identify litigation targets.  It also assisted the Receiver with resolution of issues surrounding certain claims.  The bulk of the Firm's time was incurred in connection with the pending fraudulent transfer actions, one of which is the subject of a settlement that is in the process of being documented and the second of which is in the early stages of litigation.

During the seventh application period, the Firm worked with the Receiver to identify and resolve issues regarding claims and the consolidation of accounts to pave the way for the Receiver to make an interim distribution to the investors defrauded by the Receivership Defendants.  The Firm began preparation of a motion for authorization to make an interim distribution, and expects the motion to be filed in the last quarter of 2020.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

During the eighth application period, the Firm continued to work with the Receiver on the motion to make an interim distribution to investors and the treatment of the claims of investors holding multiple accounts.

During the ninth application period, the Firm filed and obtained Court approval to make an interim distribution to non-insider investors so that investors have now received back at least 22% of the amount that they invested.  The Firm also prepared the motion for approval to pursue litigation to recover fraudulent transfers and similar payments which the Court granted.

During the tenth application period, the Firm learned that the current owner of a property in San Jose that was already the subject of a fraudulent transfer action brought by the Receiver had transferred title to a third party. Because there was a lis pendens of record, that third party took title subject to the Receiver's claims.  The Receiver has now sued that party to recover the property.  With respect to a second property that was recovered by the Receiver earlier this year, the Firm learned that the home was occupied by someone without a lease, so the Firm obtained an order requiring them to vacate the property.  The Receiver has since sold that townhome.  The Firm also continued to work with the Receiver's team to resolve issues with a small handful of disputed claims.

During the eleventh application period, the Firm prepared subpoenas to attempt to identify the whereabouts of the new owner of the property in San Jose and, after those attempts proved futile, prepared a motion for authority to serve the current owner of the property by publication since her whereabouts are unknown.  The Firm also worked with the Receiver's broker in connection with miscellaneous issues that arose in connection with the sale of the townhome, which has since closed.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

During the twelfth application period, the Firm attended to some minor issues in two pending fraudulent transfer actions regarding the same real property, communicated with the Receiver's office regarding an investor's question about her interim distribution, and made revisions to the status report for the last quarter.

During the Application Period, the Firm finalized and obtained approval of a stipulation that restored title to a residence in the investor who transferred it to CHS. The Firm also filed a motion for default judgment in a fraudulent transfer action involving a house in San Jose that was owned by Ha Nguyen.

Attached hereto as Exhibit "A" is the Receiver's Schedule of Cash Receipts and Disbursements for the Application Period. This is the same as Exhibit "D" to the Receiver's concurrently-filed fee application.

## IV.   SUMMARY OF TASKS PERFORMED AND COSTS INCURRED

### A.   Categories and Description of Work

#### 1.   Asset Disposition

[$368.55 in fees for 0.70 hours of work; blended hourly rate: $526.50]

Pre-receivership, an investor conveyed title to her home to CHS as part of the investment fraud. During the Application Period, the Firm finalized a stipulation to return title to that property to the investor. The Court approved the stipulation and the Receiver has executed the quitclaim deed.

#### 2.   Case Administration

[$1,105.65 in fees for 2.20 hours of work; blended hourly rate: $502.57]

During this Application Period, the Firm incurred fees in this category preparing and revising the Receiver's status report for the fourth quarter of 2021. The Firm also worked with the Receiver to give investors notice of an

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

attorney who had been retained by some investors to pursue claims belonging to them, and an attorney who was soliciting clients to pursue similar claims.  The Receiver posted about it on the website that is maintained for the receivership.

### 3.   Claims Administration

[$157.95 in fees for 0.20 hours of work; blended hourly rate:  $526.50]

The Firm incurred a small amount of time communicating with the Receiver's office with respect to communications with an investor with questions about her interim distribution.

### 4.   Litigation

[$5,054.40 in fees for 9.60 hours of work, blended rate of $526.50]

During the Application Period, there were two fraudulent transfer actions pending involving Ms. Nguyen's former residence in San Jose.  The first involves the initial transferee, and the second involves the subsequent transferee who acquired title while the first action was pending.  The defendant in the second action defaulted.  During the Application Period, the Firm obtained entry of the defendant's default and then prepared a motion for entry of default judgment against her.  The Court recently granted that motion and the Receiver is preparing to sell the residence for the benefit of the receivership estate.

### 5.   Fee Applications

[$0.00 in fees for 1.10 hours of work]

The Firm incurred time in this category in connection with its fee application for the Twelfth Application Period, which was approved by the Court.  As required by the SEC's billing guidelines, the Firm did not charge the estate for the preparation of the fee application.

### B.    Summary of Expenses Requested for Reimbursement

The Firm requests that the Court approve reimbursement of $3,238.93 in out-of-pocket costs.  The costs are high relative to the fees because of the cost incurred serving the status report on all investors and creditors.  The itemization of the expenses is summarized below by category.

| | |
|---|---|
| Photocopies | 2,067.20 |
| Postage | 700.47 |
| Translation Fees and Publication of Summons | 292.24 |
| Pacer charges | .40 |
| Westlaw Online Research | 178.62 |
| TOTAL | $3,238.93 |

The Firm's invoice for this Application Period is attached as Exhibit "B" and contains the information required by the SEC Receivership Billing Instructions.

## V.    THE FEES AND COSTS ARE REASONABLE AND SHOULD BE ALLOWED

It is a general rule that the fees and expenses of a receivership are a charge against the property administered.  *See Gaskill v. Gordon*, 27 F.3d 248, 251 (7th Cir. 1994).  These expenses include the fees and expenses of the Receiver and of his or her professionals.  Decisions about the timing and amount of an award are committed to the sound discretion of the Court.  *See SEC v. Elliot*, 953 F.2d 15690, 1577 (11th Cir. 1992).

In determining whether to allow fees, courts consider "the time, labor and skill required . . . in the proper performance of the duties imposed by the court upon the receivers, the fair value of such time, labor and skill measured by conservative business standards, the degree of activity, integrity and dispatch with which the work is conducted and the result obtained."  *Coskery v. Roberts & Mander Corp.*, 200 F.2d 150, 154 (3d Cir.

SMILEY WANG-EKVALL, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1952).  No single factor is dispositive and a reasonable fee is based on all of the circumstances of the receivership.

The Receiver retained the Firm because the scope of the Receiver Order was broad and it was plain that legal services would be required to locate and account for assets, take action necessary and appropriate to assume control over and preserve receivership assets, and to analyze and pursue other avenues for recovery.

The Firm has submitted a detailed invoice that describes the nature of the services rendered and the identity and billing rate of the professionals performing each task.  The Firm has endeavored to staff this case appropriately, utilizing a paralegal when possible and having an associate prepare for and attend the majority of the depositions and to review the bulk of the books and records that needed a lawyer to review them.  In addition, the Firm has discounted its standard hourly rates by ten percent.

The services provided by the Firm have been critical to the Receiver's fulfillment of the duties mandated by the Receiver Order.  As set forth in greater detail above, the Receiver and the Firm have worked diligently since the Receiver's appointment to (1) investigate, secure, and protect the assets of the receivership estate, (2) investigate transfers to third parties and potential claims related to those transfers, (3) inform the Court and the parties of the Receiver's activities and progress, (4) make recommendations for the efficient and effective administration of the receivership estate, and (5) efficiently and accurately disseminate information to the investors and respond to their inquiries.

The Firm seeks payment of the fees incurred on an interim basis in recognition of the reality that its work in assisting the Receiver is continuing.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

## VI.   **CONCLUSION**

WHEREFORE, the Firm respectfully requests that this Court enter its order:

1.      Allowing $6,686.55 in fees and $3,238.93 in expenses to the Firm on an interim basis for the period from January 1, 2022, through March 31, 2022;

2.      Authorizing the Receiver to pay the allowed fees and expenses from available funds; and

3.      For such further relief as the Court may deem necessary and appropriate.

Respectfully submitted,

DATED: June 3, 2022                SMILEY WANG-EKVALL, LLP


By:      */s/ Kyra E. Andrassy*
         KYRA E. ANDRASSY
         Counsel to Robert P. Mosier, Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1

## <u>DECLARATION OF KYRA E. ANDRASSY</u>

2

3     I, Kyra E. Andrassy, declare as follows:

4     1.     I am a partner with Smiley Wang-Ekvall, LLP, proposed general

5 counsel for Robert P. Mosier, the permanent receiver appointed with respect

6 to Kent R.E. Whitney, David Lee Parrish, The Church for the Healthy Self

7 aka CHS Trust, and CHS Asset Management, Inc.  I know each of the

8 following facts to be true of my own personal knowledge, except as

9 otherwise stated and, if called as a witness, I could and would competently

10 testify with respect thereto.  I make this declaration in support of my firm's

11 thirteenth interim fee application (the "Application") for the period from

12 January 1, 2022, through March 31, 2022.  Unless otherwise defined in this

13 declaration, all terms defined in the Application are incorporated herein by

14 this reference.

15     2.     Attached hereto as Exhibit "A" is the Receiver's Schedule of

16 Cash Receipts and Disbursements for the period from January 1, 2022,

17 through March 31, 2022.

18     3.     In the ordinary course of its business, the Firm keeps a record of

19 all time expended by its professionals and para-professionals in the

20 rendering of professional services on a computerized billing system as

21 follows:  At or near the time the professional services are rendered,

22 attorneys and other professionals of the Firm record (a) the description of

23 the nature of the services performed, (b) the duration of the time expended,

24 and (c) the client/matter name or number by either: (1) writing such

25 information on a time sheet, or (2) inputting such information directly into the

26 Firm's computer billing system.  For the professionals who record their time

27 using written time sheets, the information contained in the time sheets is

28 then transcribed into the Firm's computer billing system.  The Firm's

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000  •  Fax 714 445-1002

1  computer billing system keeps a record of all time spent on a client/matter,

2  the professional providing the services and a description of the services

3  rendered.  The Firm's computer billing system automatically multiplies the

4  time expended by each professional by the respective professional's billing

5  rate to calculate the amount of the fee.  The Firm conducts its business in

6  reliance on the accuracy of such business records.

7      4.      I have reviewed the Firm's bill for services rendered in

8  connection with its representation of the Receiver in this case, a true and

9  correct copy of which is attached hereto as Exhibit "B."

10     5.      It is the Firm's usual practice to allocate work and assignments in

11 an efficient manner to achieve an effective result.  As demonstrated in the

12 Application, the practice has been followed in this case.

13     6.      At any time a reimbursable charge is incurred on behalf of a

14 client, such as photocopy expenses, telecopy charges, and the like,

15 employees of the Firm keep a written record of the file number for which the

16 charges were expended and a brief description of the nature of the expense.

17 These records are also transcribed into the computer which, together with

18 the records of time spent providing professional services, are transcribed

19 onto monthly bills.  The expenses are billed at the Firm's actual cost.

20     7.      The Firm has no fee sharing arrangement, understanding, or

21 compensation sharing arrangement with any other entity, and no part of the

22 attorneys' fees or expenses awarded to the Firm will be paid to any other

23 entity.

24     8.      I prepared the Application.  To the best of my knowledge,

25 information and belief, the facts set forth in the Application are true and

26 \\

27 \\

28 \\

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1   correct.

2        I declare under penalty of perjury under the laws of the United States

3   of America that the foregoing is true and correct.

4        Executed on this _th day of May, 2022, at Costa Mesa, California.

5

6                                    _/s/ Kyra E. Andrassy_

7                                    KYRA E. ANDRASSY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

EXHIBIT "A"

# RECEIVERSHIP ESTATE of the CHURCH for the HEALTHY SELF

## SCHEDULE of CASH RECEIPTS and DISBURSEMENTS

### FOR THE FIRST QUARTER 2022

| | | | | | | | | | RESTRICTED BANK ACCOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNRESTRICTED BANK ACCOUNTS | | | | | | CHURCH for the HEALTHY SELF | CHS ASSET MGMT INC. |
| | | CHURCH for the HEALTY SELF GENERAL ACCOUNT | DISTRIB-UTION A/C | DAVID PARRISH | KENT R.E. WHITNEY | NGOC-HA NGUYEN | iCARE FINAN-CIAL | | | |
| | | TOTALS for ALL BANK ACCOUNTS | # 8667 | # 0963 | # 8688 | # 8681 | # 9843 | # 9850 | # 9556 | # 9563 |
| 1 | **CASH RECEIPTS:** | | | | | | | | | |
| 2 | TURNOVER of FUNDS from DEFENDANTS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | REAL PROPERTY AUCTION: | | | | | | | | | |
| 4 | GROSS SALE PROCEEDS | $0 | | | | | | | | |
| 5 | LESS AUCTION EXPENSES | 0 | | | | | | | | |
| 6 | TOTAL NET AUCTION PROCEEDS | 0 | | | | | | | | |
| 7 | PERSONAL PROPERTY AUCTION: | | | | | | | | | |
| 8 | GROSS SALE PROCEEDS | 0 | 0 | | | | | | | |
| 9 | LESS AUCTION EXPENSES | 0 | 0 | | | | | | | |
| 10 | TOTAL NET AUCTION PROCEEDS | 0 | | 0 | | | | | | |
| 11 | SETTLEMENTS with FINANCIAL INSTITUTIONS | 102,007 | | 102,007 | | | | | | |
| 12 | MISCELLANEOUS REFUNDS | 0 | | 0 | | | | | | |
| 13 | ALL OTHER RECEIPTS | 0 | | 0 | | | | | | |
| 14 | TOTAL CASH RECEIPTS | 102,007 | | 102,007 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | **CASH DISBURSEMENTS:** | | | | | | | | | |
| 16 | DISTRIBUTIONS to INVESTORS | 0 | | 0 | | | | | | |
| 17 | PROFESSIONAL FEES & COSTS: | | | | | | | | | |
| 18 | MOSIER & COMPANY, INC. | 14,444 | 14,444 | | | | | | | **THIS** |
| 19 | SMILEY WANG-EKVALL LLP | 4,193 | 4,193 | | | | | | | **ACCOUNT** |
| 20 | FOX ROTHCHILD LLP | 0 | 0 | | | | | | | **WAS** |
| 21 | COMPLETE DISCOVERY | 0 | 0 | | | | | | | **CLOSED** |
| 22 | SCHEEF & STONE, LLP | 0 | 0 | | | | | | | **ON** |
| 23 | TOTAL PROFESSIONAL FEES & COSTS | 18,637 | 18,637 | | | | | | | **APRIL 27,** |
| 24 | OTHER COSTS & EXPENSES: | | | | | | | | | **2021** |
| 25 | WEBSITE  (DONLIN etal) | 310 | 310 | | | | | | | |
| 26 | MOVING & STORAGE | 942 | 942 | | | | | | | |
| 27 | COMPUTER IMAGING | 0 | 0 | | | | | | | |
| 28 | WESTMINSTER RENT | 0 | 0 | | | | | | | |
| 29 | TRANSLATION SERVICES | 0 | 0 | | | | | | | |
| 30 | OUTSIDE SERVICES | 0 | 0 | | | | | | | |
| 31 | ADMINISTRATIVE COSTS | 0 | 0 | | | | | | | |
| 32 | TAKEOVER PROPERTY | 0 | 0 | | | | | | | |
| 33 | TRAVEL | 0 | 0 | | | | | | | |
| 34 | AUTO REPAIRS for AUCTION | 0 | 0 | | | | | | | |
| 35 | ALL OTHER DISBURSEMENTS | 113 | 113 | | | | | | | |
| 36 | TOTAL OTHER COSTS & EXPENSES | 1,365 | 1,365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | TOTAL CASH DISBURSEMENTS | 20,002 | 20,002 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | **CASH FLOW before INTRA-ACCOUNT ACTIVITY** | 82,005 | 82,005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | **INTRA-ACCOUNT CASH ACTIVITY** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | **CASH FLOW after INTRA-ACCOUNT ACTIVITY** | 82,005 | 82,005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | **CASH on HAND, BEGINNING of the QUARTER** | 1,137,620 | 70,088 | 6,768 | 4,150 | 2,971 | 374,250 | 1,230 | 678,163 | 0 |
| 42 | **CASH on HAND, END of the PERIOD** | $1,219,625 | $152,093 | $6,768 | $4,150 | $2,971 | $374,250 | $1,230 | $678,163 | $0 |
| | | | | | | $541,462 | | | $678,163 | |

EXHIBIT "B"

Insolvency. Real Estate. Business Litigation.

Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Phone: 714-445-1000

Mr. Robert Mosier, Receiver
3151 Airway Avenue, Suite A-1
Costa Mesa, CA 92626

April 13, 2022
Our File: MOS03.0001
Invoice # 26640

RE: General

**Statement of account for services rendered through March 31, 2022**

| **Previous Balance** | **$ 4,192.93** |
|---|---|

**Professional Services**

| **Date** | **Staff** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/13/2022 | KEA | 02 - Asset Disposition<br>Prepare correspondence to SEC re stipulation re Orangewood property | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/13/2022 | KEA | 02 - Asset Disposition<br>Finalize stipulation re Orangewood property in light of SEC approval and prepare correspondence to Receiver re same | 0.20 | $ 526.50/hr | $ 105.30 |
| 01/13/2022 | KEA | 02 - Asset Disposition<br>Prepare correspondence to David Tang re Orangewood stipulation | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/18/2022 | KEA | 02 - Asset Disposition<br>Review correspondence from David Tang re Orangewood property stipulation | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/19/2022 | KEA | 02 - Asset Disposition<br>Prepare order re Orangewood stipulation | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/20/2022 | KEA | 02 - Asset Disposition<br>Review entered order re Orangewood property and prepare | 0.10 | $ 526.50/hr | $ 52.65 |

Mr. Robert Mosier, Receiver

|  |  |  | correspondence to R. Mosier re execution of deed and to D. Tang re entry of order and where to send deed once signed |  |  |  |
|---|---|---|---|---|---|---|
|  |  | **02 - Asset Disposition Totals** | 0.70 | @ $ 526.50/hr | $ 368.55 |
|  |  |  | 0.70 |  | $ 368.55 |
|  |  |  |  |  |  |
| 01/03/2022 | KEA | 04 - Case Administration<br>Exchange of various correspondence re potential investor class action (no charge) | 0.10 | $ 0.00/hr | No Charge |
| 01/04/2022 | KEA | 04 - Case Administration<br>Review correspondence from J. LeSieur re tracing of class action investor funds to Prestige and prepare correspondence to Steve Nunez re same | 0.20 | $ 526.50/hr | $ 105.30 |
| 01/05/2022 | KEA | 04 - Case Administration<br>Review letter from attorney to investors and prepare recommendation re website posting re same | 0.40 | $ 526.50/hr | $ 210.60 |
| 01/10/2022 | KEA | 04 - Case Administration<br>Telephone call with Receiver re status of Abigail house and information for status report | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/11/2022 | KEA | 04 - Case Administration<br>Prepare inserts for status report | 0.30 | $ 526.50/hr | $ 157.95 |
| 01/17/2022 | KEA | 04 - Case Administration<br>Revise status report | 0.30 | $ 526.50/hr | $ 157.95 |
| 01/18/2022 | KEA | 04 - Case Administration<br>Telephone call with Jim LeSieur re status report | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/18/2022 | KEA | 04 - Case Administration<br>Further revise status report based on conversation with Jim LeSieur | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/20/2022 | KEA | 04 - Case Administration<br>Prepare correspondence to J. Reece re status report and fee applications | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/25/2022 | KEA | 04 - Case Administration<br>Exchange of correspondence with R. Mosier re attorney reaching out to investors | 0.10 | $ 526.50/hr | $ 52.65 |
| 03/02/2022 | KEA | 04 - Case Administration<br>Prepare declaration of service re | 0.20 | $ 526.50/hr | $ 105.30 |

Mr. Robert Mosier, Receiver

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | status report and notice of hearing on fee apps | | | |
| 03/24/2022 | KEA | 04 - Case Administration<br>Prepare correspondence to client re application for default judgment and re Prestige complaint | 0.20 | $ 526.50/hr | $ 105.30 |
| | | **04 - Case Administration Totals** | **0.10** | **@ $ 0.00/hr** | **$ 0.00** |
| | | | **2.10** | **@ $ 526.50/hr** | **$ 1,105.65** |
| | | | **2.20** | | **$ 1,105.65** |
| 02/07/2022 | KEA | 05 - Claims Administration/Objections<br>Review email from investor with question re claim and draft response of J. LeSieur re same | 0.30 | $ 526.50/hr | $ 157.95 |
| | | **05 - Claims Administration/Objections Totals** | **0.30** | **@ $ 526.50/hr** | **$ 157.95** |
| | | | **0.30** | | **$ 157.95** |
| 01/05/2022 | KEA | 10 - Litigation<br>Review docket entries re case management conferences and exchange of correspondence with R. Mosier re same | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/11/2022 | KEA | 10 - Litigation<br>Review correspondence from J. Reece re judgments in SEC action and info needed for credits against same | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/11/2022 | KEA | 10 - Litigation<br>Prepare initial response to J. Reece re judgments in SEC action and info we'll provide re credits against same | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/17/2022 | KEA | 10 - Litigation<br>Prepare request for entry of default re Thanh Thi Kim Le and declaration in support of same | 0.90 | $ 526.50/hr | $ 473.85 |
| 01/17/2022 | KEA | 10 - Litigation<br>Begin to prepare memorandum of points and authorities in support of motion for entry of default judgment | 1.60 | $ 526.50/hr | $ 842.40 |
| 01/19/2022 | KEA | 10 - Litigation<br>Prepare correspondence to R. Mosier re signing stipulation re | 0.10 | $ 526.50/hr | $ 52.65 |

Mr. Robert Mosier, Receiver

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Orangewood property | | | |
| 01/19/2022 | KEA | 10 - Litigation<br>Review clerk's entry of default re<br>Thanh Thi Kim le | 0.10 | $ 526.50/hr | $ 52.65 |
| 01/20/2022 | KEA | 10 - Litigation<br>Prepare correspondence to R.<br>Mosier re itemization of bank account<br>recoveries for inclusion in calculation<br>of judgments against defendants | 0.10 | $ 526.50/hr | $ 52.65 |
| 02/16/2022 | KEA | 10 - Litigation<br>Legal research for motion for default<br>judgment | 1.20 | $ 526.50/hr | $ 631.80 |
| 02/16/2022 | KEA | 10 - Litigation<br>Prepare motion for default judgment | 1.40 | $ 526.50/hr | $ 737.10 |
| 03/24/2022 | KEA | 10 - Litigation<br>Finalize application for default<br>judgment and declaration in support<br>of same | 2.40 | $ 526.50/hr | $ 1,263.60 |
| 03/25/2022 | KEA | 10 - Litigation<br>Finalize default judgment motion | 0.80 | $ 526.50/hr | $ 421.20 |
| 03/25/2022 | KEA | 10 - Litigation<br>Prepare default judgment | 0.50 | $ 526.50/hr | $ 263.25 |
| 03/28/2022 | KEA | 10 - Litigation<br>Prepare case management<br>statements for the two fraudulent<br>transfer actions | 0.20 | $ 526.50/hr | $ 105.30 |
| | | **10 - Litigation Totals** | **9.60** | **@ $ 526.50/hr** | **$ 5,054.40** |
| | | | **9.60** | | **$ 5,054.40** |
| 01/20/2022 | KEA | 13 - Fee Applications<br>Prepare twelfth interim fee<br>application | 0.50 | $ 0.00/hr | No Charge |
| 01/31/2022 | KEA | 13 - Fee Applications<br>Prepare notice of hearing on fee<br>applications (no charge) | 0.20 | $ 0.00/hr | No Charge |
| 02/04/2022 | KEA | 13 - Fee Applications<br>Review and revise Receiver's fee<br>order | 0.20 | $ 0.00/hr | No Charge |
| 02/04/2022 | KEA | 13 - Fee Applications<br>Finalize fee application and prepare<br>for filing (no charge) | 0.20 | $ 0.00/hr | No Charge |
| | | **13 - Fee Applications Totals** | **1.10** | **@ $ 0.00/hr** | **$ 0.00** |
| | | | **1.10** | | **$ 0.00** |

Mr. Robert Mosier, Receiver

**Total Professional Services**                         13.90                         **$ 6,686.55**

**Costs And Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 01/18/2022 | Copies: Request for Clerk to Enter Default Against Defendant; Declaration of KEA in Support | $ 3.60 |
| 01/19/2022 | Copies: Stipulation re: Orangewood Property Quitclaim Deed | $ 3.20 |
| 02/04/2022 | Copies: Twelfth Fee App of SWE; Status Report of the Receiver; Notice of Hearing on Fee Apps of SWE and Receiver | $ 2,009.40 |
| 03/02/2022 | Copies: Declaration of KEA re: Service on Investors of 12th Status Report and Notice of Hearings | $ 1.20 |
| 03/25/2022 | Copies: Application for Entry of Default Judgment (Thanh Thi Kim Le Adv.) | $ 46.60 |
| 03/28/2022 | Copies: Plaintiff's Report re: Status of the Litigation (Thanh Thi Kim Le and Luan Cong Nguyen) | $ 3.20 |
| | **Copies Totals** | **$ 2,067.20** |
| 01/18/2022 | Postage: Request for Clerk to Enter Default Against Defendant; Declaration of KEA in Support | $ 2.09 |
| 01/20/2022 | Postage: Stipulation re: Orangewood Property Quitclaim Deed | $ 1.26 |
| 02/04/2022 | Postage: Twelfth Fee App of SWE; Status Report of the Receiver; Notice of Hearing on Fee Apps of SWE and Receiver | $ 681.56 |
| 03/02/2022 | Postage: Declaration of KEA re: Service on Investors of 12th Status Report and Notice of Hearings | $ 0.73 |
| 03/25/2022 | Postage: Application for Entry of Default Judgment (Thanh Thi Kim Le Adv.) | $ 12.21 |
| 03/28/2022 | Postage: Plaintiff's Report re: Status of the Litigation (Thanh Thi Kim Le and Luan Cong Nguyen) | $ 2.62 |
| | **Mailing/Postage Totals** | **$ 700.47** |
| 01/21/2022 | Day Translations: Status Report translation English-Vietnamese | $ 186.90 |
| 01/31/2022 | Day Translations: Notice of Fee Apps translation English-Vietnamese | $ 105.34 |
| | **Miscellaneous Totals** | **$ 292.24** |
| 01/17/2022 | Pacer Online Research | $ 0.40 |
| | **Pacer Fee Totals** | **$ 0.40** |
| 01/25/2022 | West Law Online Research | $ 28.98 |
| 02/16/2022 | West Law Online Research | $ 116.07 |
| 03/24/2022 | West Law Online Research | $ 33.57 |
| | **West Law Totals** | **$ 178.62** |
| | **Total Costs and Disbursements** | **$ 3,238.93** |

Mr. Robert Mosier, Receiver

| | |
|---|---:|
| **Total Current Charges** | **$ 9,925.48** |

**Summary Of Account**

| | | |
|---|---|---:|
| Balance Forward | | $ 4,192.93 |
| Total Current Charges | | $ 9,925.48 |
| Less Payments And Credits | | |
| | 3/7/2022 Payment - Check | ($4,192.93) |
| **Balance Due** | | **$ 9,925.48** |

**Notes:**

Wire Transfer Instructions:
City National Bank
555 South Flower Street
Los Angeles, CA 90071
Routing Number: 122016066
Account Number: 023904985

Mr. Robert Mosier, Receiver

**Trust Account Summary**

**Billing Period: 01/01/2022 - 04/13/2022**

**Client: Mosier, Robert - Receiver for Church for | General Matter Trust**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | | No activity for this billing period. | | |

Mr. Robert Mosier, Receiver

**User Hours Summary**

**Billing Period: 01/01/2022 - 03/31/2022**

**User Hour Totals**

| User Initials | User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|---|
| KEA | Kyra E Andrassy | 12.70 | $ 526.50 | $ 6,686.55 |
| KEA | Kyra E Andrassy | 1.20 | $ 0.00 | $ 0.00 |
| Totals | | 13.90 | | $ 6,686.55 |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **6/3/2022**, I served true copies of the following document(s) described as

**THIRTEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS OF SMILEY WANG-EKVALL, GENERAL COUNSEL TO THE RECEIVER**

on the interested parties in this action as follows:

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **6/3/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).**  I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of  Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( )  STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2022, at Costa Mesa, California.

_____
/s/ *Lynnette Garrett*
Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000  •  Fax 714 445-1002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kyra E Andrassy**
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Lynn M. Dean**
deanl@sec.gov,LAROFiling@sec.gov,simundacc@sec.gov,irwinma@sec.gov

**William H. Forman**
WHForman@winston.com,william-forman-3783@ecf.pacerpro.com,reramirez@winston.com,ECF_LA@winston.com

**Stanley L. Friedman**
friedman@friedmanlaw.org

**John P Kreis**
jkreis@kreislaw.com,j.kreis@ca.rr.com

**Eliot F Krieger**
ekrieger@skt.law,rrobitaille@skt.law

**Stanley C Morris**
scm@cormorllp.com,1903134420@filings.docketbird.com,5564279420@filings.docketbird.com

**Robert P Mosier**
rmosier@mosierco.com

**Jennifer D Reece**
reecej@sec.gov,stewartan@sec.gov,minnickd@sec.gov,justicet@sec.gov,fairchildr@sec.gov

**Brandon Scott Reif**
breif@reiflawgroup.com,docketRLG@ecf.courtdrive.com,docket@reiflawgroup.com

**Michael Lewis Simon**
msimon@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Jeffrey L Steinfeld**
jlsteinfeld@winston.com,RecordsLA@winston.com,RERamirez@winston.com,jeffrey-steinfeld-5437@ecf.pacerpro.com

**BY U.S. MAIL:**

Luke T. Ho

1212 Heritage Way

Covina, CA 91724

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002