**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**KENT R.E. WHITNEY, et al.,**<br><br>　　　　Defendants,<br><br>and<br><br>**HA T. "KELLY" HOANG, et al.,**<br><br>　　　　Relief Defendants. | Case No. 8:19-cv-499-JVS-KES<br><br>**FINAL JUDGMENT BY DEFAULT AGAINST RELIEF DEFENDANT LENA LE** |

　　Plaintiff Securities and Exchange Commission ("Plaintiff" or the "Commission") filed a Complaint ("Complaint") in this action, Relief Defendant Lena Le ("Relief Defendant") failed to answer or to otherwise defend this action, and the District Clerk entered default against Relief Defendant.  Thereafter, the Commission filed a Motion for Final Judgment by Default against Relief Defendant, which the Court granted.  The Motion being unopposed,  therefore:

1

I.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $648,530.76, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest of $121,298.97 thereon for a total of $769,829.73.  Defendant shall satisfy this obligation by paying the total amount to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Defendant's name as defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.  The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.

The Commission may propose a plan to distribute the Fund subject to the

Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. The Court shall retain jurisdiction over the administration of any distribution of the Fund and the Fund may only be disbursed pursuant to an Order of the Court.

II.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

The Court vacates the August 26, 2024, hearing.

IT IS SO ORDERED.

Dated: August 20, 2024

_____
UNITED STATES DISTRICT JUDGE
JAMES V. SELNA